**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **00-6361** cR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 99-01 FTL  )
)
)
_____ )

**ORDER TO SEAL**

This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal and Sealing Order, (except for copies to be used by law enforcement personnel during the execution of their official duties in the investigation) shall remain sealed in the custody of the Clerk of the Court until such time as a defendant is arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 19th day of December, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA Donald F. Chase, II

