## *United States District Court*

SOUTHERN  **DISTRICT OF**  FLORIDA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

AQUILINO DIMITRI ALONSO

**TO:**  **The United States Marshal**
**and any Authorized United States Officer**

**CASE NUMBER:**

00-6361

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____AQUILINO DIMITRI ALONSO____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title 18  United States Code, Sections ____371; 659 and 2____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, Fl.
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |