# United States District Court

SOUTHERN   DISTRICT OF   FLORIDA

UNITED STATES OF AMERICA
V.

AQUILINO DIMITRI ALONSO

**WARRANT FOR ARREST**

**CASE NUMBER:**

00-6361
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___AQUILINO DIMITRI ALONSO___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, Fl
Date and Location

Bail fixed at $100,000 CSB  with  Nebia

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

JAN -9 P 3:49

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Tampa, FL |

| DATE RECEIVED<br>12/19/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>JAmes A. Tassone, USM<br>SD/FL | SIGNATURE OF ARRESTING OFFICER<br>Ed Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>01/05/2001 | | |