**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Sheryl L. Loesch, Clerk
Lisa Rosenthal, Chief Deputy Clerk

Cindy B. Rauback
Tampa Division Manager
(813) 301-5400

January 8, 2001

**CLERK, U.S. DISTRICT COURT**
**Southern District of Florida**
**299 East Broward Blvd.**
**Ft. Lauderdale, FL 33301**

          RE:    **United States of America v. Aquilino Dimitri Alonso**
                **Our Case No. 01-010-MM**
                **Your Case No. 00-6361-Cr-Dimitrouleas**

Dear Sir:

    Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 40:

X)    Original Magistrate Judge case documents

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

                        Very truly yours,

                        RICHARD D. SLETTEN, CLERK

                        BY: *Sonya R. Cohn*
                        Sonya R. Cohn, Courtroom Deputy
                        (813) 301-5553

*Enclosures.*

---

***THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER***

_____

_____                _____

(Date)                                              (Signature)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| AQUILINO DIMITRI ALONSO | CASE NO. 01-010-MM |

| CHARGES | | |
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Indictment | 18 U.S.C. § 659 | Southern District of Florida |
| | | 00-6361-cr-Dimitrouleas |
| **Description:** Possession of stolen goods | | |

| PROCEEDINGS | |
|---|---|
| BOND STATUS: | Defendant waived identity hearing. Defendant reserved right to further bail hearing in District of Offense. Court set bail at $100,000 secured. Government may seek Nebbia hearing. |
| COUNSEL: | Federal Public Defender |
| INTERPRETER: | Spanish |

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **AQUILINO DIMITRI ALONSO** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 9, 2001

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
| Date | United States Marshal | By Deputy Marshal |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                      Case No. 8:01-010-MM

AQUILINO DIMITRI ALONSO,

    Defendant.
_____/

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Because the above named Defendant has testified under oath or has otherwise satisfied this Court that he is financially unable to employ counsel, and does not wish to waive counsel, and because the interests of justice so require, it is,

**ORDERED** that the Federal Public Defender is appointed to represent Aquilino Dimitri Alonso, defendant in this case as to initial proceeding only.

**Done and Ordered** in Tampa, Florida this __8th__ day of January 2001.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Assistant United States Attorney
Assistant Federal Public Defender
U.S. Pretrial Services

# United States District Court

_____Middle_____ DISTRICT OF __Florida__

UNITED STATES OF AMERICA

v.

Aquilino Dimitri Alonso

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: 01 - 010 - mm

I, __Aquilino Dimitri Alonso__, understand that in the ___Southern___ District of __Florida__, charges are pending alleging violation of __possession of stolen goods__ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Def. reserves right to further bail hearing in S.D. Fl.

_____
Defendant

__1-5-01__
Date

_____
Defense Counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 01-010-MM

AQUILINO DIMITRI ALONSO
_____/

## CONDITIONAL ORDER OF RELEASE *

It is hereby **ORDERED**:

1. That the United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following conditions of release.

2. That the conditions of release are hereby established as set forth below.

**Done and Ordered** in Tampa, Florida, this 8TH day of January 2001.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

\* Order subject to Nebbia hearing if sought by government.

AO 72A
(Rev.8/82)

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Southern District of Florida without first obtaining written permission of the United States District Court for the Southern District of Florida, Ft. Lauderdale Division.

3. The defendant must not change his present address without first advising, in writing, the United States Pretrial Services for the Southern District of Florida, Ft. Lauderdale Division.

4. The defendant shall not commit a federal, state or local crime during the period of his/her release. The defendant shall inform the Pre-Trial Services Agency **immediately** if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS OF DEFENDANT'S RELEASE**:

    - The defendant shall report to the United States Pre-Trial Services Agency, Ft. Lauderdale Division, by telephone or in person at least once each week, as directed by the Agency.

    - Maintain employment, or if unemployed, actually seek employment.

    - Post a bail bond through corporate surety, in cash or by a property bond in an amount totaling $100,000. Government may seek Nebbia hearing.

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

    Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with –

   (a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

   (b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

   (c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

   (d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (  ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

3

8. Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

**Done and Ordered** in Tampa, Florida this _____ day of January 2001.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Amanda Kaiser, Assistant United States Attorney
Mary Mills, Attorney for Defendant
Pretrial Services

4

FINANCIAL AFFIDAVIT

8. 01-010-mm

**UNITED STATES OF AMERICA v.** _____ / **CASE NO.** _____
**NAME (Person Represented)** _Aquilino Dimitri Flores_
**SOCIAL SECURITY #** _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_

### RESPUESTAS A LAS PREGUNTAS EN CUANTO A SU CAPACIDAD DE PAGAR
### BIENES

**EMPLEO (Employment)**
Trabaja ud. actualmente ☒Sí ☐No ☐Trabajo por mi cuenta
Nombre y dirección de su empleador (patrón): _GABE'S SUNSHINE, INC_ _Sunnybird #5_ _Medley_
Si es "Sí", ¿cuánto gana ud.cada mes? $ _5000-6000_    Si es "No", diga el mes y el año de su último empleo; ¿cuánto ganaba al mes? $ ____

Si está casado(a), ¿trabaja su cónyuge? (esposo(a)) ☒Sí ☐No
Si es "Sí", ¿cuanto gana su cónyuge al mes? $ _650_    Si sea ud.un menor con menos de 21 años, ¿cuál es la entrada aproximada, cada mes, de sus padres o su tutor (guardián)? $____

**OTROS INGRESOS O ENTRADA (Other Income)**
En los últimos 12 meses, ¿ ha recibido ud. alguna entrada (ingreso) de un negocio (comercio), una profesión, o algún otro tipo de auto-empleo; o en la forma de renta (alquiler) interés, dividendos (de alguna inversión en la bolsa) pago de jubilado (retirado) o pagos anuales, o de otra fuente (parte)?

RECIBIDA    FUENTES    ☐ Sí ☒No
Si es "Sí", diga la cantidad recibida, e identifique las fuentes (quien le pagó esas cantidades)
$\___ / ___
$\___ / ___
$\___ / ___

**EFECTIVO (Cash)**
¿Tiene ud. algo de efectivo a mano, o dinero en una cuenta bancaria de cheques o en una cuenta de ahorros?
☐ Sí ☒No ☐Si es "Sí", diga la cantidad total____

**PROPIEDAD (Property)**
¿ Es ud. dueño de alguna propiedad inmueble (terreno o edificio), acciones (en una compañia), bonos, notas a cobrar, automóviles, o alguna otra propiedad de valor (excluyendo los muebles y accesorios normales de la casa y la ropa)? ☒Sí ☐No

VALOR    DESCRIPCION
Si es "Sí", diga el valor y descríbalo   $\ _60,000_ / _HOUSE_
$\___ /
$\___ /
$\___ /

### OBLIGACIONES Y DEUDAS

**DEPENDIENTES (Dependents)**

| ESTADO CIVIL | NUMERO TOTAL DE LOS DEPENDIENTES | ENUMERE LAS PERSONAS A LOS CUALES UD MANTIENE, EN REALIDAD, Y CUAL ES SU PARENTEZCO (RELACION) CON ELLAS. |
|---|---|---|
| ___ Soltero (a) | | |
| _X_ Casado (a) | ___ | _MI ESPOSA_ |
| ___ Enviudado (a) | | _HERMANOS_ |
| ___ Separado (a) | | |
| ___ O Divorciado (a) | | |

**DEUDAS Y FACTURAS ("BILES") MENSUALES** (Enumere todos los acreedores, incluyendo los bancos, compañias de préstamo, cuentas de crédito, etc.) **(Debts)**

| APARTAMENTO (Departamento) O CASA | ACREEDORES (Los a quien ud. debe dinero) | DEUDA TOTAL | PAGO MENSUAL |
|---|---|---|---|
| | _CASA_ | $ _1200_ | $ _115_ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Doy fe, so pena de perjurio, que lo antedicho es cierto (la verdad) y correcto (exacto).
Firmado en (fecha) _01-05-01_
Firma Del Acusado _____
(O La Persona Representada)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

MAGISTRATE JUDGE THOMAS B. McCOUN III    DATE: 1-5-01

CASE NO. 8:01-010-mm    INTERPRETER: Dyalma Ocaso

U.S.A. vs. Aquilino Dimitri Alonso
GOVT COUNSEL: Amanda Kaiser    DEFT COUNSEL: Mary Mills

COURT REPORTER: _____    DEPUTY CLERK: Sonya Cohn

PROCEEDINGS: [✓] INITIAL APPEARANCE  [ ] DETENTION  [ ] BOND HEARING
(Check proceedings that apply)

- [✓] Deft provided w/copy of [✓] Indictment  [ ] Information  [ ] Complaint   SDFL
- [✓] ARREST DATE: 1-5-01    [ ] NOT ARRESTED - Appeared on notice
- [✓] Court summarized charges
- [✓] Court advises of Deft's Rule 5 rights
- [✓] Financial Affidavit submitted for approval
- [✓] FPD appointed for ~~all purposes including trial~~ initial appearance only ____ CJA counsel to be appointed
- [ ] FPD appointed w/Deft to pay _____
- [ ] Deft to retain counsel by _____
- [✓] Govt position on release or detention _____
- [ ] Pretrial Services Officer on background report
- [ ] Deft comments on background report
- [ ] Deft requests continuance to prepare for detention hearing
- [ ] Govt requests continuance to prepare for detention hearing
- [ ] Court grants Motion for Continuance. Detention hearing set for _____
- [ ] Court: Order of Temporary Detention pending hearing
- [ ] Court: Order of Detention Pending Trial
- [✓] Court: Orders Bond set at $100,000 Secured (Cond.)
  - [✓] Residence/travel restricted to ~~Middle~~ Southern District of Florida
  - [✓] Pretrial Services Supervision
  - [ ] No drugs, firearms, alcohol ____ No change of address w/out Court approval
  - [✓] Maintain/seek employment
  - [ ] Urinalysis testing as required by Pretrial Services
  - [ ] Passport to be surrendered to Clerk, USDC
  - [ ] Obtain no passport
  - [ ] Pilot's license to be surrendered to _____
- [ ] Preliminary Examination [ ] WAIVED
- [ ] Preliminary Examination [ ] REQUESTED/CONDUCTED - Probable cause established

Comments: Dft. is advised of responsibility to either retain counsel or advise court in SDFL of the need for court appointed counsel. Dft reserves right for all hearings to be held in SDFL. Dft does waive identity hearing. Govt may have Debbia hrg. if deft can post bond.

Hearing Time: 4:56 - 5:17    Room: 12B    Tape: 223/3448-3492