## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: AQUILINO DIMITRO ALONSO (J)   CASE NO: 00-6361-CR-Dimitrouleas

AUSA: Donald Chase by Jeffrey Kay   ATTY: Patrick Hunt

AGENT: _____   VIOL: _____

PROCEEDING: I/A Indictment   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: Federal Public Defender

BOND SET @: _____   To be cosigned by: _____

FILED by __ D.C.
FEB - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Defendant sworn.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Defense attorney will contact Chambers to schedule detention hearing

(Circle One)
Interpreter Requested
No interpreter
Not Known
Spanish
(Specify language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2/22/01 | 11:00 | Seltzer | |

DATE: 2/6/01   TIME: 11:00   FTL/LSS TAPE # 01 - 010   Begin: 1590   End: 1945

