

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

AQUILINO DIMITRO ALONSO

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on February 6, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _in custody_

                      Telephone: _____

DEFENSE COUNSEL:      Name: _Federal Public Defender_

                      Address: _____

                      Telephone: _____

BOND SET/CONTINUED:   $ _____

Bond hearing held: yes____ no ✓   Bond hearing ~~set for~~ _will be scheduled at future date_

Dated this __6th__ day of __February__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
    Deputy Clerk

Tape No. _01-010_

cc: Copy for Judge
    U. S. Attorney