**COURT MINUTES**

FILED by AH D.C.
FEB - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

DEFENDANT: RAUL DIMITRO ALONSO (J)    CASE NO: 00-6361-CR-Dimitrouleas

AUSA: Donald Chase    ATTY: FPD - Patrick Hunt

AGENT:     VIOL:

PROCEEDING: Pretrial Detention Hearing    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @: $200,000.00 Personal Surety To be cosigned by: defendant's wife and brother

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents. and wife's passport
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; 1 x a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☑ Travel extended to: middle Florida
- ☐ Halfway House

Defendant must submit travel itinerary to Pretrial Services when he travels for business purposes.
- Defendant released from custody.

(Circle One)
Interpreter Request
No Interpreter
Now Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 2/8/01   TIME: 10:30 A.M.   FTL/LSS TAPE # 01 - 010A   Begin: 1018   End: 770

