COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: AQUILINO DIMITRO ALONSO (J)#  CASE NO: 00-6361-CR-Dimitrouleas
AUSA: Don Chase  ATTNY: FPD Sam Smargen
AGENT: _____  VIOL: _____
PROCEEDING: Status Conference  BOND REC: _____
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED BY INTAKE D.C.
FEB 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Motion to withdraw filed
3 day trial

NEXT COURT APPEARANCE:  DATE: _____  TIME: _____  JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 2-22-01  TIME: 11:00am  TAPE # 01-009  PG #