UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

AQUILIO DIMITRO ALONSO,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 22, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has not yet forwarded the discovery materials to defense counsel owing to his conflict of interest. The Government further represented that should this matter proceed to trial it would require three days to complete.

2. Defense counsel has moved to withdraw due to a conflict of interest; the motion remains pending.

DATED at Fort Lauderdale, Florida this 22nd day of February 2001.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant