UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
2001 FEB 27 PM 3:31
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
AQUILINO DIMITRI ALONSO, et. al., )
)
Defendants. )
)

**NOTICE OF GOVERNMENT'S INTENT TO INTRODUCE FEDERAL RULE OF EVIDENCE 404(B) SIMILAR ACT EVIDENCE**

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related to the incidents described in the attached police reports involving two convictions for possession of stolen property offenses wherein defendants Aquilino Dimitri Alonso and Gustavo Rabaza were codefendants in state prosecutions.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: for
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of February 2001 to counsel of record.

for DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

COMPLAINT/ARREST AFFIDAVIT

98-99001 322/301 X

60593 F983960

RABEZA GUSTAVO 07/29/67 M W

13210 SW 50 St Mia Fla

R120-280-67-269-0 Fla

11/18/98 1030 2103 NW 36 St

ALVAREZ, NESTOR 02/08/66

ALONSO, BASILINO

GONZALEZ, RAUDEL 02/20/73

SIGNAL: 100 150 200 250 300 400

| Charges | | | Counts | Statute |
|---|---|---|---|---|
| Armed Truck Jacking | | | one | 812.133 |
| Armed Kidnapping | | | one | 787.01 |
| Grand Theft (over $100,000) | | | one | 812.014 |
| Resisting Arrest w/o Violence | | | one | 843.02 |

On the 18 day of Nov 98 at 0845 ... NW ... 36 St

committed the following violation of law: WHILE INVESTIGATING THE THEFT OF A TRACTOR TRAILER Det Sergio and Brigham observed the Def and Co-Def's ... Merchandise THE MERCHANDISE AND THE TRUCK WERE TAKEN ... EARLIER. THE DEF AND CO-DEF'S ... AND FLED ON FOOT. THEY WERE ALL APPREHENDED ... DEF RABEZA, ALVAREZ AND ALONSO WERE POSITIVELY IDENTIFIED AS ... PARTICIPANTS IN THE ARMED TRUCK JACKING ...

MDPD RECORDS COPY



FEB-22-2001 THU 02:46 PM TOMCATS FAX NO. 3054713410 P. 03/08

COMPLAINT/ARREST AFFIDAVIT CONTINUATION

98-9560 | 322130 | 10577

BARRA, GUSTAVO 07 29 67

The Victim Positively IDENTIFIED The Def's at The Scene of The Apprehension and Robbery

*NO

COMPLAINT/ARREST AFFIDAVIT

57336

601533

30

F95038338

Defendant's Name: KARAZA, GUSTAVO

07/29/62 M W 5'10 175 BLK BRN

1371 NW 7 ST

NONE

UNKNOWN UNKNOWN NON VISIBLE

07/13/96 933 1351 NW 12 ST (2-3)

RESIDENT

| Charges | | | | Statute | | |
|---|---|---|---|---|---|---|
| STOLEN PROP/DEAL IN | N | N | 1 | — | | F95038338 |
| GRAND Theft 1st Deg. | N | N | 1 | — | | " |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant

On the 13 day of JULY, 19 96 at 930 AM, at 1351 NW 12 ST (2-3), DADE

Committed the following violation of law. Narrative: (Be specific)

Δ WAS FOUND GUILTY AND JUDGE Gold ordered Δ IN CUSTODY BEING (SENTENCED TO 364 DAYS W/CTS

* NO BOND *

Records Check: No WARRANTS

HOLD FOR BOND HEARING, DO NOT BOND OUT

I swear that the above statements are correct and true to the best of my knowledge and belief

Officer's Name (Print): MUSCULLO

Officer's Signature: Muscullo

Department Name: MDPD 2111

Sworn to and subscribed before me, the undersigned authority, this 15 day of ___ 19 96

Deputy of the Court or Notary Public

MDPD RECORDS COPY

COMPLAINT/ARREST AFFIDAVIT

0098233621 | 107419 | 590272-R

70 | 601535 | F95038330

Defendant's Name: RABAZA, GUSTAVO | 07/29/64 | M | W | C | 6-00 | 200 | L-BN | HZ

Local Address: 13210 SW 50 STREET MIA FL 33175

Permanent Address: SAME AS ABOVE

Truck Driver | CUBA

R120281067269 | FL

12/12/95 | 6:10 | 826 NORTH AT SW 40ST OVERPASS

CUBA

Co-Defendants: ALONSO, ALEJANDRO | 02/27/63

ALONSO, AQUILINO | 01/04/66

GRAND THEFT POSSESSION OVER $100,000.00 Dollars | 812.014 (2)(a) | 21.81A

DEALING IN STOLEN Property | 812.019 (2)

DADE

On the 13TH day of DECEMBER, 95 at 6:00 PM

7735 SW 118TH ST. (RESIDENCE)

INFORMATION LED THESE OFFICERS TO THE ABOVE LOCATION AT APPROXIMATELY 10:30 A.M. ON THIS DATE, A SURVEILLANCE WAS ESTABLISHED AT THIS LOCATION. THE SURVEILLANCE PRODUCED OBSERVATIONS OF THE DEFENDANTS ENGAGING IN THE HANDLING OF SUSPECTED STOLEN PROPERTY. OBSERVATIONS WERE CONSISTENT WITH THE PREVIOUS INFORMATION RECEIVED. AT APPROX. 5:45 P.M., A 1985 CHEV. VAN (FL 95 [illegible] NO. SIIX01X) WHICH HAD BEEN PARKED IN FRONT OF THE RESIDENCE WAS BACKED -SEE CONT-

HOLD FOR BOND HEARING. DO NOT BOND OUT.

JORGE L BRITO

EVELYN FERNANDEZ

MDPD 2421/4074 (54)

MDPD RECORDS COPY

COMPLAINT/ARREST AFFIDAVIT CONTINUATION

590292-R

601533

07129162

... THE RESIDENCE'S CAR PORT BY DEF ALEJANDRO ... SUBSEQUENT ALL THE DEFENDANTS BEGAN LOADING ... STOLEN MERCHANDISE INTO SAID VEHICLE. DEF ALEJANDRO ... (DRIVER) AND DEF RABAZA (PASSENGER) LEFT THE RESIDENCE IN THE VEHICLE. IMMEDIATELY AFTER, DEF ... BACKED HIS 1980 OLDS 4DR (FL tag ... STVAYS) INTO THE SAME SPOT, DEF AQUILINO ALONSO ASSISTED DEF ... IN LOADING MORE STOLEN PROPERTY INTO HIS VEHICLE.

BOTH VEHICLES WERE FOLLOWED BY UNDERCOVER UNITS AND LATER STOPPED BY KENDALL DISTRICT UNIFORM UNITS AT SR 826 AND 40TH STREET. DURING THE TRAFFIC STOP, VERIFICATION OF THE STOLEN PROPERTY WAS OBTAINED. ALL DEFENDANTS WERE PLACED UNDER ARREST, ADVISED OF THEIR CONSTITUTIONAL RIGHTS, TRANSPORT ... M.D.P.D. STATION NO. 5 FOR PROCESSING.

FURTHER INFORMATION OBTAINED AT RESIDENCE ...

EVELY FERNANDEZ

JORGE L BRITO

MDPD 4074/2421 54

MDPD RECORD COPY

-cr-06361-WPD Document 56 Entered on FLSD Docket 02/28/2001 P

**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

590292-R

W1535

... large amount of property was recovered after ... consent. Indicated that Defs. Alejandro Alonso, Def. Aquilino Alonso and Def. Rabaza were responsible ... the stolen property to the residence.

... the interview of the owner of the residence, ... she stated that the Alonso brothers (her cousin) ... obtained this property from a "Burdine's trailer".

Defendants Alonsos and Rabaza provided no statements. Defendant Acea stated that he had responded to the residence for the purpose of buying some shoes.

All defendants were processed (photographed) and transported to the county jail.

Note: Forward to A.S.A. K. Gilbert

3 of 3

Evelyn Fernandez
Officer's Name (Print)

Jorge I. Brito
Officer's Signature

MDPD 4604/RVN 54
Department Name

MDPD RECORD COPY