
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6361-CR-DIMITROULEAS
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

Plaintiff,

v.

AQUILINO D. ALONSO,

Defendant.

_____/

3/1/01

Granted.
Barry Seltzer

FILED BY __ D.C.
INTAKE
MAR 1 _ 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## MOTION TO WITHDRAW

Undersigned Counsel seeks permission from the Court to Withdraw from further representation of the Defendant, and states;

Counsel for Defendant Aquilino D. Alonso, also represents another Defendant in a closely related case. The second defendant is Diorki Medina, (00-6360-CR-DIMITROULEAS). Upon the appointment of the Federal Defender's Office to the "Alonso" case, undersigned counsel reviewed the documents prior to assignment. Due to the similarity of the cases, undersigned counsel contacted the United States Attorney's Office attempting to speak with the prosecutor handling both cases. The trial prosecutor was not available as a result of a family emergency. Supervisory Assistant United States Attorney Sloman was contacted, and the potential conflict was explored.

Undersigned counsel was advised that the cases were very similar and that Assistant United States Attorney Sloman was of the opinion that we should not represent two individuals in these closely related cases.

WHEREFORE, undersigned counsel, requests that the Motion to Withdraw be granted and that new counsel be appointed to represent Mr. Alonso.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this **14** day of February, 2001, to Donald Chase, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Aquilino D. Alonso, 7191 West 24th Avenue, #57, Hialeah, Florida 33016.

*[signature]*

Robert N. Berube