COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: AQUILINO ALONSO(B)　　　CASE NO: 00-6361-CR-Dimitrouleas
AUSA: Don Chase / Rosenbaum　　ATTNY: FPD: Bob Berube  present
AGENT:　　　　　　　　　　　VIOL:
PROCEEDING: Motion to withdraw　　　FILED REC: D.C.

BOND HEARING HELD - yes/no　　　COUNSEL APPOINTED: MAR 1 2001

____ BOND SET @　　　　　　　CLARENCE MADDOX
                            CLERK U.S. DIST. CT.
                            S.D. OF FLA. - FT. LAUD.

CO-SIGNATURES:

SPECIAL CONDITIONS:

CJA —
Howard Schumacher

Motion - granted
Order to be faxed.

Spanish

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:　DATE:　　TIME:　　JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 3-1-01　　TIME: 11:00 am　　TAPE # 01-611　PG # 10
2810-3010
01-012