-cr-06361-WPD     Document 62     Entered on FLSD Docket 03/06/2001     F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
AQUILINO DIMITRI ALONSO, et. al., )
)
Defendants. )
_____ )

### NOTICE OF GOVERNMENT'S INTENT
### TO INTRODUCE FEDERAL RULE OF EVIDENCE
### 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related to the incidents described in the attached police reports involving two convictions for possession of stolen property offenses wherein defendants Aquilino Dimitri Alonso and Gustavo Rabaza were codefendants in state prosecutions.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of March 2001 to Howard J. Schumacher, Esquire, 1 East Broward Boulevard, Fort Lauderdale, Florida 33301.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

## COMPLAINT/ARREST AFFIDAVIT

Defendant: RABAZA, GUSTAVO — 07/29/67 M/W

Local Address: 13210 SW 50 St, Miami, FLA

License: R-120-210-67-269-0  F/A

Date: 11/18/98  Time: 1030

Co-Defendants:
ALVAREZ, ALONSO — 03/04/66
GONZALEZ, Raudel — 07/20/73

Charges:
- Armed Truck Jacking — 812.133
- Armed Kidnapping — 787.01
- Grand Theft (over $20,000) — 812.014
- Resisting Arrest w/o Violence — 843.02

While investigating the theft of a Tow truck Det Seepe and Pinderson observed the Def and Co-Def's unloading merchandise. The merchandise and the truck were the one reported taken earlier. The Def and Co-Def's made eye contact with Det Seepe and Pinderson and fled on foot. They were all apprehended ...

MDPD RECORDS COPY

COMPLAINT/ARREST AFFIDAVIT CONTINUATION

| | | | 96-9560 | 3-22-36 | |

Rabba Gustavo    07-29-64

The Victim Positively Identified the Def's at the Scene of the Apprehension and Recovery.

Monday, February 26, 2001 3:14 PM

-cr-06361-WPD   Document 62   Entered on FLSD Docket 03/06/2001   P.31
FEB-22-2001 THU 02:47 PM TOMCATS            FAX NO. 3054713410           P. 04/08

**COMPLAINT/ARREST AFFIDAVIT**

*N[?]*

| | |
|---|---|
| 00091/05-87 | 57336 |
| 40(256-005) | 601533  F95038338G |
| KABAZA, GUSTAVO (Apt.109) | 07/29/62 M W  5'10" 175 BR |
| 1351 NW 7 ST MIAMI FL 264837 | |

DRIVER LICENSE: NONE  UNKNOWN
Place of Birth: CUBA
UNKNOWN  VISIBLE

07/12/96  733  1351 NW 12 (2-3)
Resident

Charges:
- STOLEN PROP/DEAL IN — N N 1 — F95038338G
- GRAND THEFT 1ST DEG — N N 1

12 day of JULY 1996  30 AM/PM
DADE
1351 NW 12 ST (2-3)

Δ WAS FOUND GUILTY AND JUDGE
Gold ordered Δ IN CUSTODY [...] BEING
SENTENCED TO 364 DAYS [...] W/C

× NO BOND ×

Records check: NO WARRANTS

Officer: MUSCILLO 4
MUSCILLO 8
MDPD  2111

MPD RECORDS COPY



**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

1417   590292-R
36   601533
071-29162

THE RESIDENCE'S CAR PORT BY DEF ALEJANDRO ALONSO. SUBSEQUENT ALL THE DEFENDANTS BEGAN LOADING THE STOLEN MERCHANDISE INTO SAID VEHICLE. DEF REYNALDO ALONSO (DRIVER) AND DEF RABAZA (PASSENGER) LEFT THE RESIDENCE IN THE VEHICLE. IMMEDIATELY AFTER, DEF ACEA ANGLED HIS 1980 OLDS 4DR (FL tag NO. STVN4S) INTO THE SAME SPOT. DEF AQUILINO ALONSO ASSISTED DEF ACEA IN LOADING MORE STOLEN PROPERTY INTO HIS VEHICLE.

BOTH VEHICLES WERE FOLLOWED BY UNDERCOVER UNITS AND LATER STOPPED BY KENDALL DISTRICT UNIFORM UNITS AT SR 826 AND 40TH STREET. DURING THE TRAFFIC STOP, VERIFICATION OF THE STOLEN PROPERTY WAS OBTAINED. ALL DEFENDANTS WERE PLACED UNDER ARREST, ADVISED OF THEIR CONSTITUTIONAL RIGHTS, TRANSPORT TO M.D.P.D. STATION NO. 5 FOR PROCESSING.

FURTHER INFORMATION OBTAINED AT RESIDENCE

EVELY FERNANDEZ
JORGE L BARTOL
MDPD 4074/2421 54

MDPD RECORD COPY

**COMPLAINT/ARREST AFFIDAVIT CONTINUATION**

590292-R
W1535

A large amount of property was recovered after search consent. Indicated that Defs. ALEJANDRO ALONSO, ESQUILINO ALONSO and DE RABAZA were responsible for the stolen property to the residence. Per the exgirlfriend of the owner of the residence Ms. NASANI she stated that the Alonso brothers (her cousins) had obtained this property from a "Burdine's trailer".

Defendants Alonsos and Rabaza provided no statements. Defendant ACEA stated that he had responded to the residence for the purpose of buying some shoes.

All defendants were processed (photographed) and transported to the county jail.

NOTE: FORWARD TO A.S.A. K. GILBERT

DATE 3-2

Evelyn Fernandez
Jose I. Brito
MDPD  4604/245  54

MDPD RECORD COPY