## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6361 CR-WPD   DATE: March 9, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS. Aquilino Dimitro Alonso

U.S. ATTORNEY: Don Chase,   DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft not present. Court resets this for Monday.

CASE CONTINUED TO: 3/12/01   TIME: 9:15   FOR: Cal. Call

MISC: Status Conf.

