## CRIMINAL MINUTES

FILED by ____ D.C.
MAR 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6361-CR-WPD    DATE: March 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA vs. Aquilino Demetrio Alonso

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted - Court resets the case and finds the time from today until trial is deemed excludable.

CASE CONTINUED TO: 4/27/01    TIME: 9:00    FOR: Cal. Call
MISC: 4/30/01    2 week trial period

