**CRIMINAL MINUTES**

FILED by **BTC** D.C.
APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6361-CR-WPD  DATE: 04-27-01

COURTROOM CLERK: Deborah Christina  COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: Ana Gomez-Malana

UNITED STATES OF AMERICA  vs. Aquilino Dimitro Alonso

U.S. ATTORNEY: Donald Chase   DEFT. COUNSEL: Howard Schumacher, Esq.

REASON FOR HEARING: Calendar Call/Status Conference

RESULT OF HEARING: Deft present with Atty. Motion for Continuance Denied.

JUDGMENT: _____

CASE CONTINUED TO: 05-03-01  TIME: 10:15 AM  FOR: Trial

MISC: _____

