**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6361-Cr-WPD        DATE: May 3, 2001

COURTROOM CLERK: Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Aquilino Dimitro Alonso

U.S. ATTORNEY: Don Chase        DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter guilty plea to Count 2. Gvt agrees to dismiss Count 1 @ time of sentencing. Court accepts guilty plea. Deft adjudicated guilty.

CASE CONTINUED TO: 7/13/01    TIME: 1:00    FOR: Sentencing

MISC: Written Plea Agreement filed.