UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
AQUILINO DIMITRI ALONSO, et. al., )
)
Defendants. )
_____ )

## MOTION TO CORRECT SCRIVENER'S ERROR

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, moves this Court for an order correcting a scrivener's error within the indictment to properly note the number of counts. In support thereof, the following is shown:

1. Two violations of federal law are contained within the indictment.
2. The counts of the indictment are misnumbered. What should be Count II of the indictment is incorrectly numbered as Count III.

Wherefore, for the foregoing reason, the United States of America respectfully requests that what is presently numbered as Count III of the indictment be changed to reflect Count II on the indictment itself and in all court documents pertaining to the same.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Tel. (954) 356-7255
Fax. (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18th day of May 2001 to counsel of record.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY