UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6361-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
)
v. )
)
)
AQUILINO DIMITRI ALONSO, et. al., )
)
Defendants. )
_____ )

FILED by _____ D.C.

MAY 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER CORRECTING SCRIVENER'S ERROR**

This matter having come before the Court upon motion of the United States of America, by for an order correcting a scrivener's error within the indictment to properly note the number of counts, and the Court having reviewed the same and being otherwise duly advised,

ORDERED that what is presently numbered as Count III of the indictment be changed to reflect Count II on the indictment itself and in all court documents pertaining to the same.

Done in chambers at Fort Lauderdale, Florida, on this the __21__ of May 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  AUSA Chase
 Kathleen Cooper Grilli, Esq.
 Howard J. Schumacher, Esq.
 Juan Gonzalez, Esq.

