**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 01-6019-CR-DIMITROULEAS**

00-6361

UNITED STATES OF AMERICA,

Plaintiff,

Vs.

**AQUILINO DIMITRI ALONSO,**
Defendants,
_____/

JUL 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

THIS CAUSE, having come before the Court on Defendant's UnopposedMotion to Allow for the Filing of Objections to the PSI out of time, and being duly advised, and there being no objection by the Government, it is hereupon,

ORDERED and ADJUDGED that the Motion be and the same is hereby granted.

DONE AND ORDERED in Chambers, this 13 day of July, 2001 in Chambers in Ft. Lauderdale, Florida.

U.S. DISTRICT COURT JUDGE

CC: AUSA Donald Chase
Howard J. Schumacher, Esq.

