## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED ___ D.C.
JUL 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6361-CR-WPD        DATE: July 13, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Mike Santucci             INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS. Aguilino Dimitri Alonso

U.S. ATTORNEY: Ca Chase              DEFT. COUNSEL: Howard Schumacher

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed. 1 year and 1 day ~~Federal~~ BOP, 3 years supervised Release. No Fine, $100 Assessment, $ 56,265 Joint & Several liability Restitution to be paid during period of Supervised Release - Court recommends Credit for time Served & designation to SDFL facility. Deft's motion to voluntarily surrender is Denied.

☒ Ordered Deported, Deft is to remain outside the United States

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed ☒ Right to appeal.   /w/

98