PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 50420

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6361-CR-WPD</u>

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: AQUILINO DIMITRO ALONSO

Name of Sentencing Judicial Officer: Honorable William P. Dimitrouleas, U.S. District Judge  
Ft. Lauderdale, FL

Date of Original Sentence: July 13, 2001

Original Offense: Receiving and Possessing Stolen Goods Valued in Excess of $1,000 Which Were Part of an Interstate Shipment of Freight, in Violation of Title 18, U.S.C. §659, a Class C felony.

Original Sentence: One (1) year and one (1) day Bureau of Prisons custody; three (3) years Term of Supervised Release. Special Conditions: restitution in the amount of $56,265.00 (joint & several), assessment fee in the amount of $100.00 and, if deported, the term of supervised release shall be non-reporting.

Type of Supervision: Supervised Release            Date Supervision Commenced: May 3, 2002

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

## CAUSE

A financial investigation was conducted to determine the amount the defendant could afford to pay monthly on his restitution balance. Based on the defendant's income and monthly expenses, it has been determined that Mr. Alonso has the financial ability to begin payment on his restitution balance at a rate of $100.00 per month.



PROB 12B                                                                                    SD/FL PACTS No. 50420
(SD/FL 9/96)

      On December 16, 2002, Mr. Alonso voluntarily waived his statutory right to a hearing and to assistance of counsel by signing Probation Form 49. Furthermore, Mr. Alonso has agreed to pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice.

      It is respectfully recommended that Your Honor modify the conditions of supervision as noted above. Mr. Alonso's defense attorney at the time of sentencing was Mr. Howard J. Schumacher, AFPD - One East Broward Blvd., Suite 1100, Ft. Lauderdale, FL 33301, [954/356-0477]. The Assistant United States Attorney assigned to this case at sentencing was Mr. Donald F. Chase, II - 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301, [954/356-7255].

Respectfully submitted,

by

Nelson Omar Valenzuela
U.S. Probation Officer
Phone: (305) 512-1813
Date: December 30, 2002

Reviewed by: _____
Marcelo L. Rodriguez, Supervising
U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date