PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 67139

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 1 0 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### CASE NO. 00-6361-CR-WPD

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Aquilino Dimitro Alonso

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge,
Ft. Lauderdale, Florida

Date of Original Sentence: July 13, 2001

Original Offense:    Receiving and Possessing Stolen Goods Valued in Excess of $1,000.00 which were part of an Interstate Shipment of Freight, in violation of 18 U.S.C. § 659, a Class C Felony

Original Sentence:   One (1) year and One (1) day custody of Bureau of Prisons, followed by three (3) years supervised release, special assessment fee in the amount of $100.00. The following special conditions were imposed: If deported, the defendant shall not re-enter the United States without prior permission of the U.S. Attorney General, and Restitution in the amount of $56,265.00.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 3, 2002

---

## PETITIONING THE COURT

[]     To extend the term of supervision for __ years, for a total term of __ years.

[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at a rate of $230.00 per month until such time as the court may alter the payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

## CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. The defendant reported the household income and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, as well as the



PROB 12B                                                          SD/FL PACTS No. 67139
(SD/FL 9/96)

credit report obtained with the defendant's permission and the expenses were adjusted accordingly. Based on the defendant's income and expenses, Mr. Alonso has a positive cash flow of $230.00 per month which is to be applied towards his financial obligation. The defendant has agreed to begin payment of $230.00 per month commencing on December 1, 2004, and every month thereafter.

The defendant is scheduled to terminate supervised release on May 2, 2005. Throughout the defendant's term of supervised release, his ability to make restitution payments has been monitored and the defendant has paid the court ordered restitution to the best of his financial ability. However, the defendant will not be able to satisfy this financial obligation in full prior to his termination date.

The defendant has signed a Consent Agreement form indicating that he will continue to make payments in the amount of $230.00 per month towards his court-ordered financial obligation until said financial obligation has been satisfied. The Consent Agreement form has been forwarded to the U.S. Attorney's Office. Additionally, contact was established with Assistant United States Attorney, Donald F. Chase, II, who advised that he had no objection in allowing the defendant's term of supervised release to expire as long as the defendant would continue to make monthly payments toward his financial obligation.

As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action modifying the conditions of supervised release as indicated above, as well as allow the defendant's term of supervised release to expire normally.

Respectfully submitted,

by

Yamilee Sanchez
U.S. Probation Officer
Phone: 305-808-6452
Date: December 1, 2004

---

THE COURT ORDERS:

[ ]  No Action
[X]  Agree with Above Recommendation (Modify Monthly Payment and Allow Term of Supervision to Expire on May 2, 2005 with No Further Action)
[ ]  Submit a Request for _ Warrant or _ Summons
[ ]  Other _____

Signature of Judicial Officer

December 10, 2004
Date